# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHWESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. |
| **v.** ) | |
| ) | |
| **JARROD GAILEN WEBSTER** ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### 18 U.S.C. § 242
(Deprivation of Rights under Color of Law)

On or about November 12, 2023, in the Northern District of Alabama, Northwestern Division, the defendant,

### JARROD GAILEN WEBSTER

while acting under color of law as an officer with the Killen Police Department, did penetrate Victim #1's vulva with his penis and caused his penis to have contact with Victim #1's mouth, all without Victim #1's consent, thereby willfully depriving Victim #1 of liberty without due process of law, which includes the fundamental right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. The defendant's conduct resulted in bodily injury and included aggravated sexual abuse.

1

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(1).

**COUNT TWO**
**18 U.S.C. § 2251(a)**
(Deprivation of Rights under Color of Law)

Between on or about June 1, 2016 and on or about October 5, 2018, in the Middle District of Tennessee and elsewhere, the defendant,

**JARROD GAILEN WEBSTER**

did attempt to and did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen years, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction actually was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

          PRIM F. ESCALONA
          United States Attorney


*/s/ Electronic Signature*
MICHAEL A. ROYSTER
Assistant United States Attorney


KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division


*/s/ Electronic Signature*
MAURA WHITE
Senior Sex Crimes Counsel


*/s/ Electronic Signature*
SARAH HOWARD
Trial Attorney